E-SERVED
08/16/2002
04:30 PM EDT
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: *Maude Jones, et al. v. Bayer Corp., et al* | : | MDL No. 01-2415 |

**ORDER OF COURT**

Upon consideration of the foregoing Stipulation for Dismissal, this matter is hereby dismissed without prejudice. Each party to bear their own costs.

Michael J. Davis
United States District Court Judge

August 20, 2002

AUG 2
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK